AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Campbell, Levin H | 2. Court or Organization<br><br>U.S. Court of Appeals | 3. Date of Report<br><br>05/01/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>John Jos Moakley US Courthouse<br>1 Courthouse Way, Suite 6720<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ●verseer | USS Constitution Museum, Boston, MA |
| 2. Council Member | Massachusetts Historical Society, Boston, MA |
| 3. Co-Trustee | Trust No. 2 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 12 A 11: 50
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 05/01/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | F | Int./Div. | P1 | T | | | | | |
| 2. -Coca-Cola (common) | | | | | | | | | |
| 3. -Emerson Electric (common) | | | | | | | | | |
| 4. -Hewlett Packard Cl B (common) | | | | | Sell All | 7/18 | J | A | |
| 5. -Hubbell, Inc. (common) | | | | | | | | | |
| 6. -Merck & Co. (common) | | | | | | | | | |
| 7. -Quimby Country | | | | | | | | | |
| 8. -Schlumberger Ltd. (common) | | | | | | | | | |
| 9. -DWS Int. Tax/AMT Free (Formerly Scudder) (Mutual Fund) | | | | | | | | | |
| 10. -Dreyfus Tax Exempt Cash Instl. Sh. | | | | | | | | | |
| 11. -Vanguard Intl. Growth Portfolio (Mutual Fund) | | | | | | | | | |
| 12. -Time Warner (common) | | | | | | | | | |
| 13. -US Treas. Notes 6.25% 2/07 | | | | | Maturity | 2/15 | J | | See VIII |
| 14. -Metlife Annuity from ████████ ins. (Was Travelers) | | | | | | | | | |
| 15. -Union Central Life Ins. (Annuity) | | | | | | | | | |
| 16. -Abbott Laboratories (common) | | | | | | | | | |
| 17. -Federal National Mortgage Association (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Intel Corp. (common) | | | | | | | | | |
| 19. -Microsoft Corp. (common) | | | | | | | | | |
| 20. -Cisco Systems, Inc. (common) | | | | | | | | | |
| 21. -Templeton Emerging Markets Fund (Mutual Fund) | | | | | Sell all | 3/29 | K | C | |
| 22. -US Treas. Notes 6.0% 8/09 | | | | | | | | | |
| 23. -Agilent Technologies Inc. (common) | | | | | | | | | |
| 24. -Transocean Inc, Com (Formerly Transocean Sedco Forex Inc) | | | | | Partial sale | 11/29 | J | C | |
| 25. | | | | | Partial Sale | 12/11 | J | A | |
| 26. -Johnson & Johnson (common) | | | | | | | | | |
| 27. -Pepsisco, Inc. (common) | | | | | | | | | |
| 28. -Alcoa (common) | | | | | | | | | |
| 29. -Anadarko Petroleum (common) | | | | | | | | | |
| 30. -Avery Dennison (common) | | | | | Sell all | 3/29 | J | A | |
| 31. -BJ's Wholesale Club (common) | | | | | | | | | |
| 32. -Bank of America (common) | | | | | | | | | |
| 33. -Citigroup (common) | | | | | Buy | 11/28 | K | | |
| 34. | | | | | Partial Sale | 12/31 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Constellation Brands (common) | | | | | Sell all | 3/8 | K | D | |
| 36. -Exxon Mobil (common) | | | | | | | | | |
| 37. -First Data Corp (common) | | | | | Cash Merger | 9/24 | K | D | See VIII |
| 38. -Lowes (common) | | | | | | | | | |
| 39. -Medtronic (common) | | | | | | | | | |
| 40. -Prologis (REIT) | | | | | Partial sale | 7/18 | J | D | |
| 41. -Public Storage, Inc. (REIT) | | | | | Partial | 3/29 | J | D | |
| 42. -Royal Dutch Shell (Was Royal Dutch Petroleum) | | | | | | | | | |
| 43. -AT&T Inc. (common) | | | | | | | | | |
| 44. -Staples (common) | | | | | | | | | |
| 45. -Vodafone Group plc | | | | | | | | | |
| 46. -Wells Fargo & Co (common) | | | | | | | | | |
| 47. -Nationwide Ins: Rec'd Annuity payments | | | | | | | | | |
| 48. -Merrill Lynch & Co. Fltg. Rate Notes 3.9151% (was 2.4652%) | | | | | | | | | |
| 49. -US Treas Notes 4.875T 2/12 | | | | | | | | | |
| 50. -Amgen Inc (common) | | | | | Buy | 3/29 | K | | |
| 51. | | | | | Buy | 11/28 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Partial Sale | 12/31 | L | D | |
| 53. -CVS Caremark (formerly CVS Corp) (common) | | | | | | | | | |
| 54. -National Oilwell Varco (common) | | | | | | | | | |
| 55. -Novartis AG Sponsored ADR | | | | | | | | | |
| 56. -Verigy Ltd | | | | | Sell all | 7/18 | J | B | |
| 57. -Western Union (common) | | | | | | | | | |
| 58. -Harbor Small Cap Val Fd (Mutual Fund) | | | | | Sell all | 3/29 | J | A | |
| 59. -Diageo Plc sponsored AdR (common) (new) | | | | | Buy | 3/8 | K | | |
| 60. -Templeton Global Bd Fd Advisor Cl (Mutual Fund) (new) | | | | | Buy | 3/8 | K | | |
| 61. -Kinetics Small Cap Opp (Mutual Fund) (New) | | | | | Buy | 3/29 | K | | |
| 62. -Oakmark International Fd ClI (Mutual Fund) (new) | | | | | Buy | 3/29 | K | | |
| 63. Trust #2 | G | Int./Div. | P2 | T | | | | | |
| 64. -Dreyfus Tax Exempt Cash Instl. Sh. | | | | | | | | | |
| 65. -US Treas. Notes 6.25% 2/07 | | | | | Maturity | 2/15 | M | | See VIII |
| 66. -Pepsico (common) | | | | | | | | | |
| 67. -Proctor & Gamble Co. (common) | | | | | | | | | |
| 68. -Exxon Mobil (common) | | | | | Partial Dist | 3/30 | J | | See VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Schlumberger Ltd (common) | | | | | | | | | |
| 70. -American International Group (common) | | | | | | | | | |
| 71. -Berkshire Hathaway Inc Cl B (common) | | | | | | | | | |
| 72. -Cambridge Bancorp. (common) | | | | | Partial Dist | 2/7 | M | | See VIII |
| 73. -Citigroup (common) | | | | | Partial Dist | 2/7 | M | | See VIII |
| 74. -Abbott Laboratories (common) | | | | | | | | | |
| 75. -Sanofi-Aventis ADR | | | | | Partial Dist | 5/16 | J | | See VIII |
| 76. | | | | | Partial Sale | 11/15 | J | C | |
| 77. | | | | | Partial Sale | 12/14 | K | D | |
| 78. -Automatic Data Processing (common) | | | | | | | | | |
| 79. -General Electric (common) | | | | | | | | | |
| 80. -Servicemaster (common) | | | | | Partial Dist | 6/28 | K | | See VIII |
| 81. | | | | | Sell | 7/11 | K | E | |
| 82. | | | | | Cash Merger | 7/24 | M | F | See VIII |
| 83. -3M Company (common) | | | | | | | | | |
| 84. -Cisco Systems (common) | | | | | | | | | |
| 85. -Hewlett Packard (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Intel Corp (common) | | | | | | | | | |
| 87.  -Microsoft Corp (common) | | | | | | | | | |
| 88.  -S & Co Special Equities Fund (Mutual Fund) | | | | | | | | | |
| 89.  -S & Co Health Science fund | | | | | Partial Sale | 11/5 | L | F | |
| 90.  -S & Co International | | | | | | | | | |
| 91.  -Shering-Plough | | | | | | | | | |
| 92.  -Mass St Wtr Pollutn Abatement, 3.0% 8/1/11 | | | | | | | | | |
| 93.  -US Treas. Notes 3.625% 1/15/10 | | | | | | | | | |
| 94.  -Mass. St. Wtr. Poll. Abatement 3.5% 8/1/11 | | | | | | | | | |
| 95.  -US Treas Notes 4.75% 12/31/2008 (new) | | | | | Buy | 2/21 | M | | |
| 96.  -Broadbridge Fin'l Solutions LLC (common) (new) | | | | | Spin off | 4/4 | L | | See VIII |
| 97. | | | | | Sell all | 4/23 | K | D | |
| 98.  Bank Account, Sovereign Bank | A | Interest | K | T | | | | | |
| 99.  Trust #3 | G | Distribution | P3 | T | | | | | |
| 100.  -Pepsico (common) | | | | | | | | | |
| 101.  -Proctor & Gamble (common) | | | | | Partial Sale | 3/2 | O | G | |
| 102.  -Pfizer (common) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Johnson & Johnson (common) | | | | | | | | | |
| 104.  -Intel (common) | | | | | | | | | |
| 105.  -Automatic Data Processing (common) | | | | | | | | | |
| 106.  -Hewlett Packard (common) | | | | | | | | | |
| 107.  -IBM (common) | | | | | | | | | |
| 108.  -Microsoft Corp (common) | | | | | | | | | |
| 109.  -Cisco System (common) | | | | | | | | | |
| 110.  -General Electric (common) | | | | | Partial Sale | 3/2 | O | G | |
| 111.  -Chevron Corp (formerly Chevron Texaco) (common) | | | | | | | | | |
| 112.  -Schlumberger Ltd ADR | | | | | | | | | |
| 113.  -Citigroup (common) | | | | | | | | | |
| 114.  -American International Group (common) | | | | | | | | | |
| 115.  -Berkshire Hathaway Cl B | | | | | | | | | |
| 116.  -Stoughton, MA 4.3% 2/07 | | | | | Maturity | 2/15 | N | | See VIII |
| 117.  -Mass. St. Tpk. 5.13% 1/09 | | | | | | | | | |
| 118.  -Mass. St. Hlt. 4.5% 7/09 | | | | | | | | | |
| 119.  -North Andover, MA 4.5% 1/10 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Fidelity Inst. Tax-Exempt Cash Port. | | | | | | | | | |
| 121. -CVS Caremark (formerly CVS) (common) | | | | | | | | | |
| 122. -Illinois Tool Works, Inc. (common) | | | | | | | | | |
| 123. -News Corp. Cl.B Com. | | | | | | | | | |
| 124. -Columbia High Yield (Mutual Fund) | | | | | | | | | |
| 125. -Century Small Cap Select (Mutual Fund) | | | | | Buy | 12/27 | K | | |
| 126. -MA St. Wtr. Poll. 3.0% 8/11 | | | | | | | | | |
| 127. -Exxon Mobil Corp. (common) | | | | | | | | | |
| 128. -Home Depot (common) | | | | | Sell all | 3/2 | M | | See VIII |
| 129. -Staples (common) | | | | | | | | | |
| 130. -MA St Hsg 12/1/37 (Municipal Bond) | | | | | | | | | |
| 131. -Ishares MSCI EMU Index Fd (Mutual Fund) | | | | | | | | | |
| 132. -Ishare MSCI Emerging MKts Index Fund (Mutual Fund) | | | | | | | | | |
| 133. -Broadridge Finl Solutions Inc (common) (new) | | | | | Spin off | 4/2 | K | | See VIII |
| 134. | | | | | Sell all | 6/22 | K | E | |
| 135. -Ishares MSCI Pacific EX-Japan Index Fd (Mutual Fund) (New) | | | | | Buy | 3/2 | N | | |
| 136. -Ishares MSCI Japan Index Fd (Mutual Fund) (New) | | | | | Buy | 3/2 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Ishares MSCI Hong Kong Index Fd (Mutual Fund) (new) | | | | | Buy | 3/2 | N | | |
| 138. | | | | | Sell all | 11/27 | N | G | |
| 139. -Ishares FTSE Xinhau HK China 25 Index Fd(Mutual Fund) (new) | | | | | Buy | 3/2 | M | | |
| 140. | | | | | Sell all | 11/27 | M | G | |
| 141. -Ishares S&P Latin Amer 40 Index Fd (Mutual Fund) (new) | | | | | Buy | 3/2 | M | | |
| 142. -IShares S&P Europe 350 Index Fd (Mutual Fund) (new) | | | | | Buy | 3/2 | N | | |
| 143. -Thermo Fisher Scientific Corp (common) (new) | | | | | Buy | 12/27 | M | | |
| 144. IRA | C | Distribution | L | T | | | | | |
| 145. -DWS Lg Cap Value (Mutual Fund) | | | | | Buy | 3/27 | J | | |
| 146. | | | | | Buy | 12/19 | J | | |
| 147. -Dreyfus Instl. Cash Advantage | | | | | Withdrawal | 3/15 | J | | |
| 148. | | | | | Withdrawal | 10/22 | J | | |
| 149. -DWS Core Plus Inc. (Mutual Fundd) | | | | | | | | | |
| 150. -Oakmark Int'l FD CL I (Mutual Fund) (New) | | | | | Buy | 12/14 | J | | |
| 151. Bank Acct., Cambridge Trust Company | A | Interest | K | T | | | | | |
| 152. Residental Rental, Sherborn, Massachusetts | D | Rent | O | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 05/01/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

13.    Maturity of UST Notes resulted in no gain or loss.

37.    First Data cash merger full surrender of stock.

65.    Maturity of UST Notes resulted in no gain or loss.

68, 72, 73, 75, 80: Trust #2 - Trustee(s) distributed shares of stock to charity.

82.    Servicemaster cash merger full surrender of stock.

96.    Broadbridge Financial Solutions LLC: Received from spin off from Automatic Data Processing.

116.    Maturity of Stoughton, MA bond resulted in no gain or loss.

128.    Sale of Home Depot resulted in no reportable gain.

133.    Broadbridge Financial Solutions LLC: Received from spin off from Automatic Data Processing.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544